# EXHIBIT A

# EXHIBIT A

# Credit Application

Date: 6/30/18
Time: 18:15  AM ☐  PM ☒

Approver: _____
Employee #: _____
Total Rewards Number: ███ 8314

## HARRAH'S ATLANTIC CITY

Arrival Date: _____

### Applicant Information:

| Last Name: | First: | MI |
|---|---|---|
| KHAWAJA | MOHSIN | |

| SSN (Non-U.S. TIN): | Date of Birth: |
|---|---|
| ███ 2072 | ███ |

| Primary Phone: | Cell Phone: | Fax: |
|---|---|---|
| 610-405-0895 | | |

| Country: | Residence Address: |
|---|---|
| | 205 RACE ST |

| City: | State/Province: | Zip: |
|---|---|---|
| PHILADELPHIA | PA | 191062044 |

| HT: | EYES: | SEX: | ID Type: | Issued by: |
|---|---|---|---|---|
| 5 07 | BRN | M | DL | PA |

| WT: | HAIR: | ID Number: | Exp Date: |
|---|---|---|---|
| 170 | BLK | ███ | 2021-22-03 ~~0001-01-01~~ |

### Bank Account Information:

Bank: CITIZENS BANK
ABA#: 036076150
Account #: ███ 1422
Bank Address: _____
Country: ____ City: UPPER DARBY
ST: PA  Zip: 19082
Phone#: _____  Personal: ☒  Business: ☐

Bank: _____
ABA#: _____
Account #: _____
Bank Address: _____
Country: ____ City: _____
ST: ____ Zip: _____
Phone#: _____  Personal: ☐  Business: ☐

### Employment

| Employed By: |
|---|
| WJK & ASSOCIATES |

| Position: | Type of Business: | No Yrs: |
|---|---|---|
| PARTNER | Real Estate | 4 |

| Business Address: | Tel: |
|---|---|
| 18 CAMPUS BLVD | (610) 299-4095 |

| City: | State/Province: | Zip: |
|---|---|---|
| NEWTOWN SQUARE | PA | 190733245 |

Are you an employee of a New Jersey Casino, a State Officer or Employee, Member of Judiciary or legislature, or an officer of a Municipality or County in New Jersey in which casino gambling is authorized?  NO

If yes, explain: _____

### Statements To:
Home: ☐  Business: ☐  No Statements: ☒  Deposit on Departure: ☐

**Notification Preference:**
**E-Mail Address:**
**Annual Income / Source:** 425,000 Business
**Total Value of Assets:** 3.25 M
**Amount of Indebtedness:** $700,000

**AMOUNT REQUESTED:** ~~$250000~~ 150000

Before drawing on my credit line, if granted, I agree to sign negotiable instruments (i.e. checks) in the amount of the draw. I authorize Harrah's Atlantic City, its subsidiaries, affiliates and agents to complete any of the following missing items on these instruments: (1) the name of the payee, (2) any missing amounts, (3) a date, (4) the name, account number, and/or address and branch of any bank or financial institution, and (5) any electronic encoding of the above items. This information can be for any account from which I now have or may in the future have the right to withdraw funds, regardless of whether that account now exists, or whether I provided the information on the account to Harrah's Atlantic City. I agree that each draw against my credit line is a separate advance of money by Harrah's Atlantic City. If I receive the advance before I execute a credit instrument, I promptly will sign a credit instrument in the amount of the advance. I authorize Harrah's Atlantic City to investigate my credit report and to furnish information concerning such credit records to credit reporting agencies and others who may properly receive this information. I certify that I have reviewed all of the information provided above and that it is true and accurate. I authorize Harrah's Atlantic City to conduct such investigations pertaining to the above information as it deems necessary for the approval of my credit limit. I certify that I am 21 years of age or older. I am aware that this application is required to be prepared by the New Jersey Department of Gaming Enforcement regulations of the State of New Jersey, and I may be subject to civil or criminal liability if any material information provided by me is willfully false. I hereby authorize Harrah's Atlantic City in its sole discretion to apply any and all chips, cash, or cash equivalent I may redeem first to the reduction of any outstanding credit balance, with the remainder, if any, to be returned to me. I agree that this application and all credit issued pursuant thereto will be governed, construed and interpreted pursuant to the laws of the State of New Jersey and shall lie solely in that state. I agree that Harrah's Atlantic City may litigate any dispute involving the credit line, the debt or the payee in any court, state or federal, in New Jersey. I submit to the jurisdiction of any court, state or federal, in the State of New Jersey, as well as the jurisdiction of any other court where I reside. In the event of a collection action, I agree to pay prejudgment and post-judgment interest at a rate of 18% per annum plus all expenses and attorney's fees incurred by Harrah's Atlantic City in collection of items owed. I further represent that I have not been excluded from any gaming operation, nor have any of my privileges at any gaming operations been restricted, either voluntarily or by action of law.

**Must be 21 or older to gamble. Know When To Stop Before You Start! 1-800-GAMBLER**

[signature]
**Applicant's Signature and Date**

**Signature Witnessed and ID Verified**
[signature] 6/30/18 6:25 PM
Date and Time (AM/PM)
License # ███

hac_crdtapp_092617_jb

# EXHIBIT B

# EXHIBIT B

# CAESARS PALACE LAS VEGAS

## Credit Application

250K
EZ

Date: 12/31/18
Time: 12:06 AM☐ PM☒

**Approver:** _____
**Employee #:** _____
**Total Rewards Number:** ▆▆▆6478

**Arrival Date:** _____

### Applicant Information:

| Last Name: | First: | MI |
|---|---|---|
| KHAWAJA | MOHSIN | |

| SSN (Non-U.S. TIN): | Date of Birth: |
|---|---|
| ▆▆▆2072 | ▆▆▆ |

| Primary Phone: | Cell Phone: | Fax: |
|---|---|---|
| 610-405-0895 | | |

| Country: | Residence Address: |
|---|---|
| | 7014 PENNSYLVANIA AV |

| City: | State/Province: | Zip: |
|---|---|---|
| UPPER DARBY | PA | 190823713 |

| HT: | EYES: | SEX: | ID Type: | Issued by: |
|---|---|---|---|---|
| 0 00 | | M | DRL | PA |

| WT: | HAIR: | ID Number: | Exp Date: |
|---|---|---|---|
| 000 | | ▆▆▆ | 2021-03-22 |

### Employment

| Employed By: |
|---|
| WJK & ASSOCIATES |

| Position: | Type of Business: | No Yrs: |
|---|---|---|
| PARTNER | | 3 |

| Business Address: | Tel: |
|---|---|
| 18 CAMPUS BLVD | (610) 299-4095 |

| City: | State/Province: | Zip: |
|---|---|---|
| NEWTOWN SQUARE | PA | 190733245 |

### Bank Account Information:

| Bank: | CITIZENS BANK |
|---|---|
| ABA#: | 036076150 |
| Account #: | ▆▆▆1422 |
| Bank Address: | |
| Country: | City: UPPER DARBY |
| ST: PA | Zip: 19082 |
| Phone#: | Personal: ☐  Business: ☐ |

| Bank: | |
|---|---|
| ABA#: | |
| Account #: | |
| Bank Address: | |
| Country: | City: |
| ST: | Zip: |
| Phone#: | Personal: ☐  Business: ☐ |

**Statements To:**
Home: ☐  Business: ☐  No Statements: ☐  Deposit on Departure: ☐

**Notification Preference:**
E-Mail Address: MmK346@gmail.com

**Annual Income / Source:** _____
**Total Value of Assets:** _____
**Amount of Indebtedness:** _____

**AMOUNT REQUESTED:** $250000

Before drawing on my credit line, if granted, I agree to sign negotiable instruments (i.e. checks) in the amount of the draw. I authorize Caesars Palace Las Vegas, its subsidiaries, affiliates and agents to complete any of the following missing items on these instruments: (1) the name of the payee, (2) any missing amounts, (3) a date, (4) the name, account number, and/or address and branch of any bank or financial institution, and (5) any electronic encoding of the above items. This information can be for any account from which I now have or may in the future have the right to withdraw funds, regardless of whether that account now exists, or whether I provided the information on the account to Caesars Palace Las Vegas. I agree that each draw against my credit line is a separate advance of money by Caesars Palace Las Vegas. If I receive the advance before I execute a credit instrument, I promptly will sign a credit instrument in the amount of the advance. I authorize Caesars Palace Las Vegas to investigate my credit report and to furnish information concerning such credit records to credit reporting agencies and others who may properly receive this information. I certify that I have reviewed all of the information provided above and that it is true and accurate. I authorize Caesars Palace Las Vegas to conduct such investigations pertaining to the above information as it deems necessary for the approval of my credit limit. I certify that I am 21 years of age or older. I am aware that this application is required to be prepared by the Nevada State Gaming Control Board regulations of the State of Nevada, and I may be subject to civil or criminal liability if any material information provided by me is willfully false. I hereby authorize Caesars Palace Las Vegas in its sole discretion to apply any and all chips, cash, or cash equivalent I may redeem first to the reduction of any outstanding credit balance, with the remainder, if any, to be returned to me. I agree that this application and all credit issued pursuant thereto will be governed, construed and interpreted pursuant to the laws of the State of Nevada and shall lie solely in that state. I agree that Caesars Palace Las Vegas may litigate any dispute involving the credit line, the debt or the payee in any court, state or federal, in Nevada. I submit to the jurisdiction of any court, state or federal, in the State of Nevada, as well as the jurisdiction of any other court where I reside. In the event of a collection action, I agree to pay prejudgment and post-judgment interest at a rate of 18% per annum plus all expenses and attorney's fees incurred by Caesars Palace Las Vegas in collection of items owed. I further represent that I have not been excluded from any gaming operation, nor have any of my privileges at any gaming operations been restricted, either voluntarily or by action of law.

**Warning:** For the purposes of Nevada law, a credit instrument is identical to a personal check and may be deposited in or presented for payment to a bank or other financial institution on which the credit instrument is drawn. Willfully drawing or passing a credit instrument with the intent to defraud, including knowing that there are insufficient funds in an account upon which it may be drawn, is a crime in the State of Nevada which may result in criminal prosecution in addition to civil proceedings to collect the outstanding debt.

Must be 21 or older to gamble. Know When To Stop Before You Start! 1-800-522-4700

[Signature] Mohsin Khawaja

**Applicant's Signature and Date**

**Signature Witnessed and ID Verified**
[Signature]
12-31  12:04
Date and Time (AM/PM)
License #

CLV_ENTCRDAPP_052417_DB

# Credit Application

Date: 4/11/18
Time: 20:27 AM ☐ PM ☒

Approver: _____
Employee #: _____
Total Rewards Number: ____8631____

## CAESARS ATLANTIC CITY
Arrival Date: _____

### Applicant Information:

| Last Name: | First: | MI |
|---|---|---|
| KHAWAJA | MOHSIN | |

| SSN (Non-U.S. TIN): | Date of Birth: |
|---|---|
| ▮▮▮▮2072 | ▮▮▮▮ |

| Primary Phone: | Cell Phone: | Fax: |
|---|---|---|
| 610-405-0895 | | |

| Country: | Residence Address: |
|---|---|
| | 205 RACE ST |

| City: | State/Province: | Zip: |
|---|---|---|
| PHILADELPHIA | PA | 191062044 |

| HT: | EYES: | SEX: | ID Type: | Issued by: |
|---|---|---|---|---|
| 5 07 | BRN | M | DRL | PA |

| WT: | HAIR: | ID Number: | Exp Date: |
|---|---|---|---|
| 170 | BLK | ▮▮▮▮ | 2021-03-22 |

### Employment

| Employed By: |
|---|
| WJK & ASSOCIATES |

| Position: | Type of Business: | No Yrs: |
|---|---|---|
| PARTNER | | 3 |

| Business Address: | Tel: |
|---|---|
| 18 CAMPUS BLVD | (610) 299-4095 |

| City: | State/Province: | Zip: |
|---|---|---|
| NEWTOWN SQUARE | PA | 190733245 |

Are you an employee of a New Jersey Casino, a State Officer or Employee, Member of Judiciary or legislature, or an officer of a Municipality or County in New Jersey in which casino gambling is authorized?
If yes, explain: NO

### Bank Account Information:

Bank: CITIZENS BANK
ABA#: 036076150
Account #: ▮▮▮▮1422
Bank Address: _____
Country: _____ City: UPPER DARBY
ST: PA  Zip: 19082
Phone#: _____ Personal: ☐ Business: ☐

Bank: _____
ABA#: _____
Account #: _____
Bank Address: _____
Country: _____ City: _____
ST: _____ Zip: _____
Phone#: _____ Personal: ☐ Business: ☐

**Statements To:**
Home: ☐  Business: ☐  No Statements: ☐  Deposit on Departure: ☐

**Notification Preference:**

**E-Mail Address:**

**Annual Income / Source:** _____ / _____

**Total Value of Assets:**

**Amount of Indebtedness:**

**AMOUNT REQUESTED:** $250000

Before drawing on my credit line, if granted, I agree to sign negotiable instruments (i.e. checks) in the amount of the draw. I authorize Caesars Atlantic City, its subsidiaries, affiliates and agents to complete any of the following missing items on these instruments: (1) the name of the payee, (2) any missing amounts, (3) a date, (4) the name, account number, and/or address and branch of any bank or financial institution, and (5) any electronic encoding of the above items. This information can be for any account from which I now have or may in the future have the right to withdraw funds, regardless of whether that account now exists, or whether I provided the information on the account to Caesars Atlantic City. I agree that each draw against my credit line is a separate advance of money by Caesars Atlantic City. If I receive the advance before I execute a credit instrument, I promptly will sign a credit instrument in the amount of the advance. I authorize Caesars Atlantic City to investigate my credit report and to furnish information concerning such credit records to credit reporting agencies and others who may properly receive this information. I certify that I have reviewed all of the information provided above and that it is true and accurate. I authorize Caesars Atlantic City to conduct such investigations pertaining to the above information as it deems necessary for the approval of my credit limit. I certify that I am 21 years of age or older. I am aware that this application is required to be prepared by the New Jersey Department of Gaming Enforcement regulations of the State of New Jersey, and I may be subject to civil or criminal liability if any material information provided by me is willfully false. I hereby authorize Caesars Atlantic City in its sole discretion to apply any and all chips, cash, or cash equivalent I may redeem first to the reduction of any outstanding credit balance, with the remainder, if any, to be returned to me. I agree that this application and all credit issued pursuant thereto will be governed, construed and interpreted pursuant to the laws of the State of New Jersey and shall lie solely in that state. I agree that Caesars Atlantic City may litigate any dispute involving the credit line, the debt or the payee in any court, state or federal, in New Jersey. I submit to the jurisdiction of any court, state or federal, in the State of New Jersey, as well as the jurisdiction of any other court where I reside, in the event of a collection action. I agree to pay prejudgment and post-judgment interest at a rate of 18% per annum plus all expenses and attorney's fees incurred by Caesars Atlantic City in collection of items owed. I further represent that I have not been excluded from any gaming operation, nor have any of my privileges at any gaming operations been restricted, either voluntarily or by action of law.

Must be 21 or older to gamble. Know When To Stop Before You Start! 1-800-GAMBLER

_[signature]_
**Applicant's Signature and Date**

**Signature Witnessed and ID Verified**
_[signature]_
4-20-18   8:70 P
Date and Time (AM / PM)
9▮▮▮▮11
License #

cac_crdlapp_100217_jb

# EXHIBIT C

# EXHIBIT C



