UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Mohsin Khawaja,

Debtor.

Harrah's Atlantic City Operating Company, LLC
d/b/a Harrah's Resort Atlantic City

Plaintiff.

vs.

Mohsin Khawaja, an individual,

Defendant.

Case No. 19-15430-MDC
Chapter 7

Adversary Proceeding No.: 20-00101

### CONSENT ORDER

Plaintiff, Harrah's Atlantic City Operating Company, LLC d/b/a Harrah's Resort Atlantic City and Defendant, Mohsin Khawaja, hereby stipulate and agree, subject to approval by this Court, that the parties believe that it is in their respective best interests to resolve this matter, and, accordingly, without any admission of wrongdoing or liability, the amount of *$150,000.00* is excepted from Mohsin Khawaja's discharge pursuant to 11 U.S.C. § 523(a)(2); provided, however, that the foregoing judgment shall be addressed solely by, and pursuant to, the terms and conditions of a confidential Settlement Agreement dated the date of this Order.

Harrah's Atlantic City Operating Company, LLC
By: [signature]
Name: Ron Baumann
Title: SVP + General Manager

Dated: ~~December~~, ~~2020~~
January 15, 2021

[signature]
Mohsin Khawaja

Dated: December __, 2020

APPROVED BY THE COURT:

[signature]
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

21665500.1

February 12, 2021